# United States District Court
## Violation Notice

V130

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7174575 | LAURENCIN | 2962 |

7174575

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/17/17 0820 | 4.12 |

**Place of Offense**
Christiansted National Historic Site

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
PARKING NO PARKING AREA

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| JOSEPA | CHRISTOPHER | |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| CFW-849 | VI | | FORD RANGER | | RED |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 75 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 105 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date: 01/04/2018
Time: 9:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN DEC 07, 2017 14:51

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____   _____
              Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
              Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN DEC 07, 2017 14:51